UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    )<br>    v. )<br>    )<br>HUMZA ZAMAN, )<br>    )<br>    Defendant. ) | Criminal No. 09 CR 100054 MLW |

RULE 112.4 CORPORATE DISCLOSURE STATEMENT

The United States of America, by and through its undersigned attorney, makes this filing pursuant to Local Rule 112.4 of the Local Rules of the United States District Court for the District of Massachusetts.

There are two broad classes of organizational victims in this case.  First, the defendant's co-conspirators hacked into, and attempted to hack into, computer networks operated by a large number of corporations.   The following have been publically identified to date in the related case of United States v. Albert Gonzalez, Cr. No. 08-10223-PBS.

BJ's Wholesale Club, Inc.
DSW, Inc.
OfficeMax, Inc.
Boston Market
Barnes and Noble, Inc.
Sports Authority
TJX Companies, Inc.
Forever 21, Inc.

Public records indicate that the following entities may own ten percent or more of one the organizational victims listed above.

Waban, Inc.
Schottenstien Stores Corporation
Sun Capital Partners
Pershing Square Capital Management
Leonard Green and Partners
Orient Star Holdings LLC

In addition, the defendant transmitted ATM system logs from Barclays, where he was employed, to a co-conspirator to see if they could be used.

There is forensic and/or testimonial evidence that the defendant's co-conspirators hacked into numerous other businesses, which have not yet been publicly identified. Should the Court so desire, this pleading can be supplemented by an <u>in camera</u> submission listing these entities.

Second, over 40 million credit/debit cards were stolen by the defendant's co-conspirators during the conspiracy alleged in the Information. As a consequence, hundreds of banks were victimized and potentially victimized as stolen credit card information was fraudulently used. As of this juncture, the government has not identified that list of banking institutions by name.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:  /s/ Stephen P. Heymann
      STEPHEN P. HEYMANN
      Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent by first class mail to Patrick Brackley, counsel for defendant Humza Zaman.

      /s/ Stephen P. Heymann
      STEPHEN P. HEYMANN
      Assistant United States Attorney

Date: March 6, 2009