UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA            )
                                    )
                                    )
v.                                  )     Case No. 09-cr-10054-MLW
                                    )
HUMZA ZAMAN                         )
_____)

## NOTICE OF LIMITED APPEARANCE

     NOW COMES Attorney Peter Charles Horstmann and hereby enters his appearance on behalf of the Defendant, Humza Zaman, in the instant matter for the LIMITED purposes of filing for admission *pro hoc vice* for Patrick Brackley, Esquire and filing an Assented to Emergency Motion to Continue Initial Appearance and Rule 11 Hearing for no more than two weeks.

     Respectfully submitted,

     Peter Charles Horstmann, Esquire
     BBO #556377
     PARTRIDGE, ANKNER & HORSTMANN, LLP
     200 Berkeley Street, 16th Floor
     Boston, Massachusetts 02116
     (617) 859-9999

## CERTIFICATE OF SERVICE

     I, Peter Charles Horstmann, Esquire, hereby certify that on this 13th day of April, 2009, a copy of the foregoing motion was served electronically upon Stephen Heyman, AUSA, United States Attorneys Office, One Courthouse Way, Boston, MA 02210.

     Peter Charles Horstmann, Esquire