UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA           )
                                   )
                                   )
v.                                 )        Case No. 09-cr-10054-MLW
HUMZA ZAMAN                        )
_____)

**ASSENTED TO EMERGENCY MOTION TO CONTINUE
INITIAL APPEARANCE AND RULE 11 HEARING**

NOW COMES Defendant, Humza Zaman, through counsel, and hereby moves this Honorable Court to continue the Initial Appearance and Rule 11 Hearing scheduled for Wednesday April 15, 2009, for no more than two weeks.. In support thereof, counsel states the following:

1. The undersigned counsel was first contacted yesterday and has filed his Limited Appearance in this case, but has not met with or spoken with either Mr. Zaman or his out of state counsel.

2. Counsel has been hired for the limited purpose of filing for *Pro Hoc Vice* admission of out of state counsel Patrick Brackley, Esquire and filing the instant motion.

3. It is uncertain at the present time whether the undersigned counsel will be representing Mr. Zaman at a Rule 11 Hearing.

4. The Parties have signed a Plea Agreement in this case.

5. The undersigned counsel is not available for the Rule 11 Hearing as it is presently scheduled because of a previously booked nonrefundable flight and will not be returning to Massachusetts until April 24, 2009.

6. Mr. Brackley is not available for the Initial Appearance or Rule 11 hearing because he is out of town and has not been admitted to practice before this Court.

7. The Government through its representative AUSA Stephen Heyman has assented to the instant motion so long as the continuance does not exceed two weeks.

WHEREFORE, based on the foregoing arguments and authorities this Honorable Court is respectfully urged to continue this matter for no more than two weeks.

Respectfully submitted,

Peter Charles Horstmann, Esquire
BBO #556377
PARTRIDGE, ANKNER & HORSTMANN, LLP
200 Berkeley Street, 16th Floor
Boston, Massachusetts 02116
(617) 859-9999

### CERTIFICATE OF SERVICE

I, Peter Charles Horstmann, Esquire, hereby certify that on this 13th day of April, 2009, a copy of the foregoing motion was served electronically upon Stephen Heyman, AUSA, United States Attorneys Office, One Courthouse Way, Boston, MA 02210.

Peter Charles Horstmann, Esquire