### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | | | |
|---|---|---|---|
| USA | Plaintiff(s) | ) ) ) ) | CRIMINAL ACTION CASE NO. 09 CR 10054-MLW-1 |
| v. | | ) ) ) | |
| HUMZA ZAMAN | Defentant(s) | ) ) | |

## NOTICE OF APPEARANCE

PATRICK J. BRACKLEY, ESQ., an attorney admitted to this Court *pro hac vice* and a member, in good standing of the Bar of the State of New York, hereby affirms to be true under penalties of law that:

I represent Humza Zaman on the above captioned criminal action. I will be present to appear on Mr. Zaman's next scheduled court date.

*Respectfully Submitted,*

s/ Patrick J. Brackley
*PATRICK J. BRACKLEY, ESQ.*
*233 Broadway,   Suite: 801*
*New York, New York 10279*
Tel. (212) 334-3736
Fax (212) 513-7068
Cell (917) 523-7265

## CERTIFICATE OF SERVICE

    I, Patrick J. Brackley, Esquire, hereby certify that on this 4th day of August, 2009, a copy of the foregoing NOTICE OF APPEARANCE was electronically served upon Assistant United States Attorney Laura Kaplan, Office of the United States Attorney, One Courthouse Way, Boston, Massachusetts, 02210

                                                s/ Patrick J. Brackley  
                                                Patrick J. Brackley, Esquire