PS 8
(5/05)

# UNITED STATES DISTRICT COURT
# for the
# DISTRICT OF MASSACHUSETTS

United States of America

vs.

___Humza Zaman___          Docket No.# 09-10054-MLW

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

The undersigned Pretrial Services Officer presents this report regarding defendant Humza Zaman who was released on bail by the Honorable Judith G. Dein, Chief U.S. Magistrate Judge on April 28, 2009 under the following conditions which include:

1. Report to Pretrial Services as directed (three times per week with at least once in person).
2. Submit to random drug testing as directed.
3. Travel is restricted to the Districts of NY and MA for Court purposes only.
4. Surrender passport and refrain from applying and/or obtaining another.
5. Statutory conditions of release.

The defendant appeared before Your Honor on April 28, 2009. On that date, the defendant pled guilty to the one court Information, charging him with Conspiracy. The defendant is scheduled to be sentenced on February 10, 2010 at 3:00 p.m.

And respectfully seeks action by the Court for violations that include:

. **<u>SEE ATTACHED MEMORANDUM</u>**

Page 2

**Petition for Action on Conditions of Pretrial Release**

PRAYING THE COURT WILL:

\_\_\_\_ Issue a Warrant

\_\_\_\_ Issue a Summons for the defendant to appear for a show cause hearing

__X__ **Other: Modify Conditions of Release**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on January 8, 2010  Place  Boston, Massachusetts

_____
Basil F. Cronin, Supervising
U.S. Pretrial Services Officer

ORDER OF COURT

\_\_\_\_Warrant to Issue

\_\_\_\_Summons to issue. Clerk to schedule show cause hearing.

\_\_\_\_Other:

Considered and ordered this_____day of_____,20\_\_\_\_,and ordered filed and made part of the record in the above case.

_____
Judicial Officer



# MEMORANDUM

| | |
|---|---|
| **To:** | The Honorable Mark L. Wolf, Chief U.S. District Judge |
| **Cc:** | Stephen P. Heymann, AUSA<br>Peter C. Horstmann, Counsel for the Defendant<br>Tracy Amaladas, United States Pretrial Services Officer SD/NY<br>Martha Victoria, United States Probation Officer |
| **From:** | Basil F. Cronin, Supervising United States Pretrial Services Officer |
| **Re:** | **USA v Humza Zaman**<br>**09cr10054-MLW** |
| **Date:** | January 8, 2010 |

This memorandum is being submitted to advise Your Honor that the defendant violated his statutory conditions of release.

The defendant and initially appeared before The Honorable Judith G. Dein on April 28, 2009 after having been named in an Information charging him in count one with Conspiracy to Defraud The United States in violation of Title 18, U.S.C., section 371. Mr. Zaman was ordered released on a $100,000 unsecured bond with the following conditions of release:

1. Report to Pretrial Services as directed (three times per week with at least once in person).
2. Submit to random drug testing as directed.
3. Travel is restricted to the Districts of NY and MA for Court purposes only.
4. Surrender passport and refrain from applying and/or obtaining another.
5. Statutory conditions of release.

The defendant also appeared before Your Honor on April 28, 2009, and entered a guilty plea to count one of an Information. The defendant was released on previously set conditions, and a Sentencing hearing is scheduled for February 10, 2010 at 3:00 pm.

On November 23, 2009, this office was notified by U.S. Pretrial Services Officer Tracy Amaladas, that the above named defendant was arrested on November 13, 2009 in the District of New York and charged with Possession of a Weapon in the Fourth Degree, Aggravated Unlicensed Operation in the Third Degree, and Unlicensed Driving. All three of the offenses are

Honorable Mark L. Wolf                                                                 Page 2
Chief U.S. District Judge

misdemeanors. The defendant was released on Personal Recognizance and the matter was continued until January 25, 2010. (Please see the attached paperwork from the Criminal Court of the City of New York)

The defendant notified Tracy Amaladas immediately, and was forth coming about his arrest. This officer will follow up with Ms. Amaladas after the defendant's court date on January 25, 2010.

Other then the defendant's new arrest, he has been in compliance with all other conditions of release. He has reported to Pretrial Services as directed, and all drug test taken have been negative.

This officer respectfully recommends that the Court modify the defendant's conditions of release to include a condition that he not possess any firearms and/or any dangerous weapons.

                                                              Respectively submitted,

                                                              *[signature]*

                                                              Basil F. Cronin, Supervising
                                                              U.S. Pretrial Services Officer

## CRIMINAL COURT OF THE CITY OF NEW YORK
## COUNTY OF NEW YORK

Page 1 of 2

| THE PEOPLE OF THE STATE OF NEW YORK | MISDEMEANOR |
| --- | --- |
| -against- | |
| 1. Humza Zaman (M 33)   ECAB # 1050483 | |
| Defendant. | |

Police Officer Fredelin Pena, shield 24889 of the 030 Precinct, states as follows:

On November 13, 2009, at about 19:10 hours at 622 RIVERSIDE DRIVE in the County and State of New York, the Defendant committed the offenses of:

1. PL265.01(1)   Criminal Possession of a Weapon in the Fourth Degree
   (1 count)
2. VTL511(1)(a)  Aggravated Unlicensed Operation in the Third Degree
   (1 count)
3. VTL509(1)    Unlicensed Driving
   (1 count)

the defendant possessed a gravity knife; the defendant operated a motor vehicle upon a public highway while having reason to know that his license and privilege of operating such vehicle in this state and his privilege of obtaining such a license was suspended and revoked; and the defendant operated a motor vehicle upon a public highway without being duly licensed.

The offenses were committed under the following circumstances:

Deponent states that deponent observed the defendant operating a motor vehicle (the key was in the ignition, the engine was running and defendant was behind the wheel) on a public highway, to wit Riverside Dr. Deponent states that deponent conducted a computer check of the records of the New York State Department of Motor Vehicles which revealed that defendant's license was suspended and has not been reinstated. Deponent further states that deponent's basis for believing that the defendant had reason to know defendant's license was suspended is as follows:

the computer check revealed that defendant's license was suspended for failure to pay a driver's responsibility assessment. Defendant received six points on defendant's driving record during a period of 18 months. The minimum amount that you must pay

MANHATTAN DA OFFICE    Fax.1212-335-4168        Nov 23 2009 04:24pm  P002/002
30 PCT                  Fax:212-690-8859         Nov 14 2009 11:42am  P002/002

## CRIMINAL COURT OF THE CITY OF NEW YORK
## COUNTY OF NEW YORK

Page 2 of 2

| THE PEOPLE OF THE STATE OF NEW YORK | MISDEMEANOR |
| --- | --- |
| -against- | |
| 1. Hamza Zaman (M 33)   ECAB # 10304893 | |
| Defendant. | |

each year is the annual assessment. The total assessment for the three years is $300. The defendant was instructed to pay the minimum amount in thirty (30) days or less by a notice sent to the defendant's last known address. Said notice stated "If you do not pay the assessment, the DMV will suspend your driver license, your learner permit, or your driving privileges."

Deponent further states that deponent is informed by Police Officer William Huang, shield 12359 of the 30 Precinct, that informant recovered a gravity knife from the front driver side door of the aforementioned vehicle. Deponent determined that said knife was a gravity knife because deponent opened the knife with centrifugal force by flicking deponent's wrist while holding the knife, and the blade locked in the open position. Deponent further states that said knife does not require manual locking.

False statements made herein are punishable as a class A misdemeanor pursuant to section 210.45 of the penal law.

_____        11/14/2009  10:40
Deponent                        Date and Time

ACT 5 Version 4.3.5 Created on 11/14/09 10:26 AM

ARREST Notification                                                                                     Page 1 of 1

# Arrest Notification

**To ORI: NY030017B**
**US Pretrial Services Agency- Manhattan - 11/13/2009 11:40 pm**
**NYSID: 8964913Q**

According to our records the following individual is currently under your agency's supervision. This notification was disseminated due to receipt of an Arrest Fingerprint card by DCJS

## Arrest/Charge Information
Arrest Date: November 13, 2009 07:31 pm (19:31:00)

| | |
|---|---|
| Name: | HUMZA ZAMAN |
| Date of Birth: | September 20, 1976 |
| Sex: | Male |
| Race: | Asian |
| Ethnicity: | Not Hispanic |
| Age at time of crime/arrest: | 33 |
| Address: | 251 WEST 76 STRE, MANHATTAN, NY |
| Fax Number | 74967 |
| Place of Arrest: | NYCPD 30 |
| Arrest Type: | Unknown |
| Date of Crime: | November 13, 2009 |
| Place of Crime: | NYCPD 30 |
| Criminal Justice Tracking No.: | 63883637N |
| Arresting Agency: | NYCPD PCT 030 |
| Arresting Officer ID: | 942911 |
| Arrest Number: | M09701851 |
| Arraignment: | New York County Criminal Court |
| Arrest Charges: | |

-- Criminal Possession Weapon-4th:Firearm/Weapon
  PL 265.01  Sub 01      Class A    Misdemeanor Degree 4    NCIC 5212

-- Aggravated Unlicensed Operation Of A Motor Vehicle- 3rd Degree
  VTL 0511  Sub 01A      Class U    Misdemeanor Degree 3    NCIC 5499

## Interstate Probation Information

| | |
|---|---|
| Name: | HUMZA ZAMAN |
| Date of Birth: | September 20, 1976 |
| Sex: | Male |
| Race: | Asian |
| Placed on Probation: | April 28, 2009 |
| Max Expiration Date: | April 29, 2014 |
| Supervision Agency: | US Pretrial Services Agency- Manhattan |
| Probation Officer ID : | US021 |
| Probation Case Number: | 56138 |
| Probation Registration Number: | 3540075 |
| Transferred From: | New York |

# New York State Unified Court System

## WebCrims

### Case Details - Charges

**CASE INFORMATION**

| | |
|---|---|
| Court | New York Criminal Court |
| Case # | 2009NY088102 |
| Defendant | Zaman, Humza |

| Charge | Detail | | Disposition/Sentence |
|---|---|---|---|
| VTL 511.1A 1A | Unclassified Misdemeanor, 1 count, Arrest charge, Arraignment charge | | |
| | Description | Aggravated Unlic Oper Veh 3 | |
| VTL 509.1 01 | Infraction, 1 count, Not an arrest charge, Arraignment charge | | |
| | Description | Operate Mv By Unlicensd D | |
| PL 265.01 01 **TOP CHARGE** | A Misdemeanor, 1 count, Arrest charge, Arraignment charge | | |
| | Description | Crim Poss Weap-4th:firearm/wep | |

*[Handwritten notes:]*

↓ gravity knife —    103·

→ Suspended license.

→ No problems w/ arrest.

Detective Seibold