# PATRICK J. BRACKLEY
– ATTORNEY AT LAW –
233 BROADWAY, SUITE 801
NEW YORK, NY 10279
TEL. (212) 334-3736
FAX (212) 513-7068

February 8, 2010

<u>VIA ECF</u>
Chief Judge Mark L. Wolf
United States District Court
District of Massachusetts (Boston)
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

          Re:  <u>USA v. HUMZA ZAMAN</u>
               Criminal Docket No. 09-cr-10054-1

Dear Judge Wolf:

    The above captioned matter is scheduled for Sentencing before Your Honor on Wednesday, February 10, 2010 at 3:00 PM.  Since December I have been engaged on back to back trials.  In fact, I am presently engaged on the trial of People v. Paulino at the Kings County Supreme Court, in New York.

    I respectfully request an adjournment of the February 10, 2010 Sentencing and a 4 week extension of time to perfect and file the Presentence Memorandum and to prepare my client for sentencing.  In light of my present trial engagement, Assistant United States Attorney Stephen Heymann has no objection to the adjournment, and would be available any day during the week of March 8, 2010.  I consent to the exclusion of time until the day of conference, pursuant to the Speedy Trial Act.

    Thank you in advance for your courtesy and consideration in this matter.  I remain,

               Sincerely yours,

               s/ Patrick J. Brackley
               Patrick J. Brackley, Esq.

PJB/mb

CERTIFICATE OF SERVICE

    I, Patrick J. Brackley, Esquire, hereby certify that on this 8th day of February, 2010, a copy of the foregoing **MOTION TO CONTINUE** was electronically served upon Assistant United States Attorney Stephen Heymann, Office of the United States Attorney, One Courthouse Way, Boston, Massachusetts, 02210

                                                s/ Patrick J. Brackley
                                                Patrick J. Brackley, Esq.