UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>)<br>HUMZA ZAMAN, )<br>)<br>    Defendant. ) | Criminal No. 09-CR-10054-MLW |

## GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR POSTPONEMENT OF SENTENCING

The United States Strongly Opposes any further continuation of the sentencing of Defendant Humza Zaman.

Humza Zaman pled guilty before this Court on April 28, 2009, to a one count information charging him with conspiracy in violation of 18 U.S.C. § 371. In sum and substance, Zaman admitted to conspiring to launder and transport currency for Albert Gonzalez, whose international organization hacked into computer networks operated by numerous national retailers, including TJX Companies, OfficeMax and others, and stole tens of millions of credit and debit card numbers for fraudulent use and sale.

Sentencing in this matter was previously set – with six months notice – for February 10, 2010. As here, the defendant moved for an additional postponement on the eve of sentencing. Sentencing was rescheduled for tomorrow to accommodate defense counsel's schedule during a week he committed to make himself available to this Court.

I have spoken this morning with Zaman's Pretrial Services officer in Boston. It is my understanding that his counterparts in New York have regularly tested the defendant for drug

usage and that those tests have been negative.  Accordingly, there is no evidence that the defendant is in need of drug treatment.  The defendant previously has denied ever being diagnosed with any mental health condition other than Attention Deficit Disorder at age 16.  Presentence Report ("PSR") at ¶72.  He has stated that he "wants and needs mental health treatment so that he no longer relies on alcohol and drugs as a coping mechanism," PSR at 73, but, as indicated above, there is no evidence he is using drugs at this time (which is being monitored as a condition of his pretrial release).

        Respectfully submitted,

        CARMEN M. ORTIZ
        United States Attorney

By:   /s/ *Stephen P. Heymann*
        STEPHEN P. HEYMANN
        Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        /s/ *Stephen P. Heymann*
        STEPHEN P. HEYMANN
        Assistant United States Attorney

Date: March 10, 2010