UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.     CR09-10054

| United States | Humza Zaman |
|---|---|
| PLAINTIFF | DEFENDANT |
| Stephen Heymann | Patrick Brackley |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf               CLERK  O'Leary                REPORTER Romanow

CLERK'S NOTES

| DATES: | Sentencing Hearing |
|---|---|
| 3/11/10 | Court goes over the filings it has received in connection with today's proceeding with the parties. Court goes over the legal framework that governs today's proceeding with the parties. Court adopts the factual statements contained in the PSR without objection by the parties. Court calculates the advisory guidelines as follows: TOL 23, CH I, 46-57 months custody, 24-36 months supervised release, $10K - $100K fine and $100 special assessment fee. Government recommends a sentence of 46 months custody followed by 36 months supervised release, no fine but the $100 special assessment fee. Defendant advocates for a sentence in the low end of the guideline range with respect to custody and supervised release. Defendant addresses the court. Formal sentencing: 46 months custody followed by 36 months supervised release on the standard conditions plus the special conditions imposed by the court. Court imposes a $75K fine and $100 special assessment fee. Court advises the defendant of his right to appeal to the extent that is has not been waived by his plea agreement. Court gives the reasoning for the sentence from the bench. Defendant requests the opportunity to self-report. Court grants the request and orders the defendant to self-report by 4/12/2010. Court adds the additional condition of home confinement with electronic monitoring to the defendant's conditions of release until he self reports, if possible to be established tomorrow. PTS shall inform the court once the EM is operative. All other conditions of release shall remain in effect. |