UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

                      V.                             **CASE NO. 09 CR 10054-MLW-1**
                                                       **Chief Judge Mark L. Wolf**

**HUMZA ZAMAN**

### NOTICE OF APPEAL

Notice is hereby given that **HUMZA ZAMAN,** above named, hereby appeals from the

**JUDGMENT AND SENTENCE** entered in the above entitled action on **Thursday, March 11, 2010.**

                                                       **S/Patrick J. Brackley**
                                                       **Law Office of Patrick J. Brackley**
                                                       **233 Broadway**
                                                       **Suite 801**
                                                      **New York , NY 10279**
                                                      **212-334-3736**
                                                     **Email: patrickbrackley@aol.com**

                                                     **By the Court,**

_____                                   _____
    **Date**                                                           **Deputy Clerk**

(NoticeofAppeal.wpd - 12/98)