# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

---

Case Caption: United States of America v. Humza Zaman

District Court Number: 09-cr-10054

---

Fee: Paid? Yes __X__ No ____   Government filer ____   *In Forma Pauperis* Yes ____ No __X__

---

Motions Pending    Yes ____ No __X__        Sealed documents    Yes ____ No __X__
*If yes, document #*                         *If yes, document #*

*Ex parte* documents    Yes ____ No __X__    Transcripts    Yes ____ No __X__
*If yes, document #*                         *If yes, document #*

---

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent __X__   Other: ____

Appeal from: Judgment

Other information:

---

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Judgment

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 23, filed on 3/16/2010.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on 3/26/2010.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**