# United States Court of Appeals
## For the First Circuit

No. 10-1385

UNITED STATES

Appellee

v.

HUMZA ZAMAN

Defendant - Appellant

**MANDATE**

Entered: February 7, 2011

    In accordance with the judgment of January 11, 2011, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

                      By the Court

                      /s/ Margaret Carter, Clerk

cc:
Patrick J. Brackley
Dina Michael Chaitowitz
David Saul Hammer
Stephen P. Heymann
Peter Charles Horstmann
Cynthia Ann Young